UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SPRINT SOLUTIONS, INC., et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>JOHN RUSSELL SNYDER, et al.,<br><br>     Defendants. | Case No.  5:15-cv-02439-EJD<br><br>**ORDER VACATING TRIAL SETTING CONFERENCE** |

In light of the pending motion to dismiss (Dkt. No. 26), the Trial Setting Conference scheduled for April 28, 2016, is VACATED and will be reset upon resolution of the motion.

**IT IS SO ORDERED.**

Dated: April 14, 2016

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cv-02439-EJD
ORDER VACATING TRIAL SETTING CONFERENCE